UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:21 -20167-CR-KING/BECERRA

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DUSTIN LEE MAYES,

    Defendant.
_____/

## AMENDED ORDER OF REFERENCE; VACATING ORDER; AND SETTING DATE FOR SENTENCING

THIS MATTER comes before the Court sua sponte. The Order of Reference (D.E. #59), filed on August 11, 2022 is hereby Vacated and Set Aside. Pursuant to 28 U.S.C. Section 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this matter is hereby referred to United States Magistrate Judge Melissa Damian Jacqueline Becerra for a change of plea (Change of Plea date to be set by Judge Damian's Chambers). Sentencing is scheduled before Judge James Lawrence King at Miami Division on **Wednesday, November 2, 2022 at 11:00 AM.** in Courtroom II, Eleventh Floor.

The previously scheduled Calendar Call and Trial date are hereby canceled.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building, Miami, Florida this 11th day of August, 2022.

                                                    JAMES LAWRENCE KING
                                                    UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Jacqueline Becerra
Counsel Of Record
U.S. Marshal
Pretrial Services
U.S. Probation Office